1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   Scott Johnson,                    No. 2:14-cv-01900-GEB-AC

11              Plaintiff,
                                       **ORDER CONTINUING STATUS
12      v.                             (PRETRIAL SCHEDULING)
                                       CONFERENCE; FED. R. CIV. P. 4(M)
13   Marcel Chiang; PRB                NOTICE**
     Management, LLC, a California
14   Limited Liability Company;
     and Does 1-10,
15
                Defendants.
16

17

18         The Status (Pretrial Scheduling) Conference scheduled

19   for hearing on November 24, 2014, is continued to January 26,

20   2015, at 9:00 a.m. A further joint status report shall be filed

21   no later than fourteen (14) days prior to the Status Conference.

22         Also, Plaintiff is notified under Rule 4(m) of the

23   Federal Rules of Civil Procedure that failure to serve Defendant

24   PRB Management, LLC with process within the 120 day period

25   prescribed in that Rule may result in the unserved defendant

26   being dismissed. To avoid dismissal, on or before December 12,

27   2014, Plaintiff shall file proof of service for that defendant or

28   a sufficient explanation why service was not completed within

                                   1

1    Rule 4(m)'s prescribed service period.

2             IT IS SO ORDERED.

3    Dated:   November 20, 2014

4

5    _____

6    GARLAND E. BURRELL, JR.
     Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2