UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>            Plaintiff,<br><br>     v.<br><br>Marcel Chiang; PRB Management, LLC, a California Limited Liability Company; and Does 1-10,<br><br>            Defendant. | No.  2:14-cv-01900-GEB-AC<br><br>**DISMISSAL ORDER** |

Plaintiff was required to respond to an Order filed November 21, 2014, by either filing proof that Defendant PRB Management, LLC was served with process or a document showing good cause for Plaintiff's failure to serve this Defendant within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 9.) This filing was due no later than December 12, 2014. Id. The November 21, 2014 Order warned Plaintiff that failure to make the required showing by the deadline would result in Defendant PRB Management, LLC being dismissed from this action.

///

1

Plaintiff failed to respond to the November 21, 2014 Order by this deadline. Therefore, Defendant PRB Management, LLC is dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: December 23, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2