UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Marcel Chiang, and Does 1-10,<br><br>　　　　Defendants.[*] | No.　2:14-cv-01900-GEB-AC<br><br>**ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

　　　　The November 21, 2014, Order Continuing Status (Pretrial Scheduling) Conference scheduled a status conference in this case on January 26, 2015, and required the parties to file a joint status report no later than fourteen (14) days prior to the scheduling conference. No status report was filed as ordered.

　　　　Therefore, each party is Ordered to Show Cause ("OSC") in a writing to be filed no later than January 26, 2015, why sanctions should not be imposed against him and/or his counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether the party or his counsel is at fault, and whether a hearing is requested on the OSC.[1] If a hearing is

---

[*] The caption has been amended according to the December 23, 2014 dismissal of Defendant PRB Management, LLC. (See ECF No. 10.)

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." In re Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).

1

requested, it will be held on February 23, 2015, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated: January 22, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

Sometimes the faults of attorneys, and their consequences, are visited upon clients. Myers v. Shekter (In re Hill), 775 F.2d 1385, 1387 (9th Cir. 1985).