UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Scott Johnson, | No. 2:14-cv-01900-GEB-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| PRB Management, LLC, | |
| Defendant. | |

The parties filed a "Notice of Settlement" on April 7, 2015, in which they state:

> a global settlement has been reached in the above-captioned case . . . .
>
> The parties . . . expect[] that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 30 days.

(Notice of Settlement, ECF No. 22.)

Therefore, a dispositional document shall be filed no later than May 7, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date

1

prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  April 7, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge