UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRB Management, LLC,<br><br>　　　　Defendant. | No.  2:14-cv-01900-GEB-AC<br><br>**DISMISSAL ORDER** |

　　　　Plaintiff filed a Notice of Settlement on April 7, 2015, in which he stated:

> a global settlement has been reached in the above-captioned case . . . .
>
> 　　The parties . . . expect[] that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 30 days.

(Notice of Settlement, ECF No. 22.)

　　　　Therefore, an "Order Re Settlement and Disposition" was filed on April 8, 2015, which directed the parties to file a dispositional document no later than May 7, 2015. (Order, ECF No. 23.) The April 8, 2015 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

1

1    Since no dispositional document has been filed, and the
2 parties have not provided any reason for the continued pendency
3 of this action, this action is dismissed without prejudice.
4    IT IS SO ORDERED.
5 Dated:  May 12, 2015

```
                                _____
                                GARLAND E. BURRELL, JR.
                                Senior United States District Judge
```